B 2100A (Form 2100A) (12/15)

U.S. BANKRUPTCY COURT
2018 SEP -7 P 12: 53

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re    Samuel J. Niles, Jr.
         Karen M. Niles           ,                Case No. 15-11137

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III | Kirkland Investors LLC c/o FCI Lender Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  FCI Lender Services, Inc.
  PO Box 27370
  Anaheim Hills, CA 92809

Phone: _____
Last Four Digits of Acct #:    8908

Court Claim # (if known):    3-2
Amount of Claim:    $277,025.84
Date Claim Filed:    06/20/2017

Phone:  888-595-9536
Last Four Digits of Acct. #:    3645

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:    8908

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                           Date:  09/05/2018
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.